dismis.re 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-04-134-CV

JOHN CHARLES PARIS, INDIVIDUALLY, APPELLANT

AND JOHN C. PARIS, D.M.D., M.P.S.D., P.C.

V.

DAWN DUNN BANCHETTI APPELLEE

----------

FROM THE 141ST DISTRICT COURT OF
 TARRANT COUNTY

----------

MEMORANDUM
 
OPINION
(footnote: 1) 
AND JUDGMENT

----------

We have considered the “Joint Motion To Dismiss Appeal.”  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  
See 
T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).  

Appellant shall pay all costs of this appeal, for which let execution issue.

PER CURIAM 

PANEL D: CAYCE, C.J.; LIVINGSTON and DAUPHINOT, JJ.

DELIVERED: October 21, 2004

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.